**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-7451

---

MARION LEON BEA,

Plaintiff - Appellant,

versus

BETH ARTHUR, Sheriff, Arlington County
Detention Facility,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-04-802)

---

Submitted:  December 16, 2004      Decided:  December 23, 2004

---

Before MICHAEL, KING, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marion Leon Bea, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marion Leon Bea appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bea v. Arthur, No. CA-04-802 (E.D. Va. filed Aug. 23, 2004 & entered Aug. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED